UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH HELTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE TEXAS LLOYDS,<br><br>    Defendant. | CIVIL ACTION NO.<br>4:19-CV-03651 |

## NOTICE OF APPEARANCE FOR MICHAEL MAUS

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Michael Maus hereby makes an appearance in this matter to attend the initial pre-trial conference scheduled to take place on November 22, 2019 at 3:30pm.

Defendant's lead counsel, Kimberly Blum, will be at maternity leave at that time through February 2020. Mr. Maus is a licensed attorney with the Southern District of Texas and is familiar with the facts of the case.

Mr. Maus can be reached at 713-336-2842 or at Michael.Maus@allstate.com or at houstonlegal@allstate.com

Respectfully submitted,

SUSAN L. FLORENCE & ASSOCIATES

_____
**KIMBERLY N. BLUM**
TBN: 24092148
Southern District Bar No. 2601470
811 Louisiana, Suite 2400
Houston, TX 77002
HoustonLegal@allstate.com
(713) 336-2812
(877) 684-4165 (fax)

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with the Federal Rules of Civil Procedure on this 19th day of October, 2019.

Shane McClelland
The Law Offices of Shane McClelland
440 Cobia Drive, Suite 101
Katy, Texas 77494
Phone: 713-987-7107
Fax: 832-827-4207
Email: shane@hmtrial.com

_____
**KIMBERLY BLUM**